UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| GREGORY TORETTA,<br><br>  Plaintiff,<br><br>- against -<br><br>CVS CAREMARK CORPORATION,<br><br>  Defendants. | Case No.: 14-cv-1968 |

### DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

The defendant CVS Caremark Corporation does not have a parent corporation or any publicly held corporation that owns 10% or more of its stock.

The defendant CVS Rx Services, Inc. hereby identifies, pursuant to Fed.R.Civ.P. 7.1, its parent corporation and any publicly held corporation that owns 10% or more of its stock to be:

CVS Caremark Corporation.

DATED: May 5, 2014

By: /s Richard M. DeAgazio
RICHARD M. DeAGAZIO (RD-6507)
Edwards Wildman Palmer LLP
44 Whippany Road
Morristown, New Jersey 07940
Telephone: (973) 520-2300
Facsimile: (973) 520-2600

-and-

750 Lexington Avenue
New York, New York 10022-1200
Telephone: (212) 308-4411
Facsimile: (212) 308-4844
Attorneys for Defendant

AM 32483005.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2014, I filed the within Rule 7.1 Corporate Disclosure Statement by CM/ECF which caused a copy of same to be delivered by electronic means to plaintiff's counsel, as follows:

TO:  Elizabeth E. Hunter, Esq.
     Frunkin & Hunter LLP
     1025 Westchester Avenue
     Suite 309
     White Plains, NY 10604
     Attorneys for Plaintiff

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

/s Richard M. DeAgazio
RICHARD M. DeAGAZIO (RD-6507)